# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JERALD WIGGINS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    NO. 3:14-cv-01950 |
| | )    CHIEF JUDGE CRENSHAW |
| METROPOLITAN GOVERNMENT OF | ) |
| NASHVILLE-DAVIDSON COUNTY, | ) |
| TENNESSEE, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion:

1. Wiggins' Objections (Doc. No. 101) are **SUSTAINED IN PART AND OVERRULED IN PART**.

2. The Magistrate Judge's Report and Recommendation (Doc. No. 99) is **ADOPTED**.

3. Norris' Partial Motion to Dismiss (Doc. No. 59) is **GRANTED**.

4. Crotts' Partial Motion to Dismiss (Doc. No. 68) is **GRANTED**.[1]

5. Brewer, Hampton, and Dunaway's Motion to Dismiss (Doc. No. 71) is **GRANTED**. The Court declines to exercise supplemental jurisdiction over the claim under Tenn. Code Ann. § 40-7-121.

6. Metro's Motion to Dismiss (Doc. No. 75) is **GRANTED**. The Court declines to exercise supplemental jurisdiction over the claim under Tenn. Code Ann. § 40-7-121.

7. McNamara's Motion to Dismiss (Doc. No. 79) is **GRANTED**. The Court declines to exercise supplemental jurisdiction over the claim under Tenn. Code Ann. § 40-7-121.

---

[1] Crotts' request to dismiss claims not directed at him is denied as moot.

8. Defendants Brewer, Hampton, Dunaway, McNamara, and Metro are **TERMINATED** from this action.

9. Plaintiff has the following remaining claims:

   a. § 1983 claims against Crotts and Norris;

   b. state law assault and battery claim against Crotts and Norris; and

   c. Tenn. Code Ann. § 40-7-121 claim against Crotts and Norris.

10. This case is **RETURNED** to the Magistrate Judge for further case management.

    IT IS SO ORDERED.

                                              _____
                                              WAVERLY D. CRENSHAW, JR.
                                              CHIEF UNITED STATES DISTRICT JUDGE